# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | <u>Banks v. Guffy, et al.</u> | : | **CIVIL NO. 1:CV-10-2130** |
| | | : | |
| **Inmate:** | **Frederick Banks** | : | **(Judge Conner)** |
| | | : | |
| **ID Number:** | **05711-068** | : | **(Magistrate Judge Smyser)** |

## ORDER

On October 15, 2010, Frederick Banks, an inmate currently confined at the Phoenix Federal Correctional Institution, Safford, Arizona, filed the above civil rights complaint without submitting a filing fee or the forms required to proceed <u>in forma pauperis</u> in a civil rights case. By Administrative Order dated October 20, 2010, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and an authorization form. The appropriate forms were enclosed with the Order. Notwithstanding this admonition, more than thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                                   S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge

DATE:      November 30, 2010